# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| NAVADNEY RONDELL GILDER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 7:13-cv-01101-WMA-HGD |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 17, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 7). No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may

be granted, or seeking monetary relief from defendants who are immune.  A Final Judgment will be entered.

    DATED this 23rd day of December, 2014.

                                             _____
                                             WILLIAM M. ACKER, JR.
                                             UNITED STATES DISTRICT JUDGE